IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:09CR48 |
| v. | ) | |
| LUIS NANDI-CIPRIANO, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(C)(2) (Filing No. 196). The Court finds the motion should be granted.

Pursuant to the retroactive amendment to the crack cocaine guidelines, the defendant's final offense level is reduced from 25 to 23. His criminal history category remains at I. His sentence should be reduced to forty-six (46) months imprisonment, considering the prior computation of specific offense characteristics, adjustments, and departures. Accordingly,

IT IS ORDERED:

1) The motion to reduce sentence is granted; the sentence of the defendant is reduced to forty-six (46) months. Defendant shall receive credit for all time served.

2) The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 2nd day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court